No. 22-40526

# United States Court of Appeals
## For the Fifth Circuit

STATE OF MISSOURI, STATE OF TEXAS

*Plaintiffs-Appellants,*

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,

*Defendants-Appellees.*

**MOTION TO EXPEDITE BRIEFING SCHEDULE AND SET ORAL ARGUMENT**

Appellants, the State of Missouri and the State of Texas (the "States"), respectfully request the Court to set an expedited briefing schedule and set this case for oral argument for the week of December 5. Appellees consent to this request.

1. This case seeks review of the district court's dismissal of the States' challenge to the Government's decision to discontinue building border-barriers along the country's southern border. The district court

1

issued its dismissal order on August 3, 2022, and the States filed their notice of appeal on August 8, 2022.

2. On September 1, 2022, the court filed the electronic record on appeal and activated the briefing schedule.

3. Currently, the States' opening brief is due October 11, 2022. The Government's response would then be due by November 10, 2022. The States' reply would then be due by December 1, 2022.

4. Due to the time sensitive nature of the case, the States request an expedited briefing schedule and for the Court to set oral argument for the week of December 5. Good cause supports this request.

5. As the prior administration noted, "walls work." That assessment led the prior administration to construct border-barriers, and led Congress to appropriate funds for that project.

6. On January 20, 2021, the Biden administration reversed course, ordering the Department of Homeland Security ("DHS") to pause border wall construction. DHS did so, and in June 2021, issued its "Border Wall Plan," effectively declaring it will no longer construct border barriers. The agency has not backed down from that position; it has doubled down. It has done so without due consideration of the prior

administration's assessment and notwithstanding the fact that Congress's appropriations for border-barrier construction mandate that the department build them.

7. This suit challenges that abrupt reversal.

8. Expedited review is appropriate. First, the States "bear[] many of the consequences of unlawful immigration." *Arizona v. United States*, 567 U.S. 387, 397 (2012). Each day the government is not building the border wall is a day more illegal border crossings occur than would in the absence of border-barriers. As a result, it represents another day in which the States are irreparably harmed.

9. Moreover, expedited review is necessary to ensure that the States receive relief. Congress provided funding for the border wall in two appropriations acts—the Consolidated Appropriations Act, 2020, Pub. L. No. 116-93, Div. D, § 209(a)(1), 133 Stat. 2317, 2511 (2019) (the "FY2020 appropriations"), and the Consolidated Appropriations Act, 2021, Pub. L. No. 116-260, Div. F, § 210, 134 Stat. 1182, 1456–57 (2020) (the "FY2021 appropriations"). The FY2020 appropriations expire in two years. *See* 133 Stat. at 2506. The FY2021 appropriations expire a year after that. *See* 134 Stat. at 1452. But "[t]he planning and execution

3

required for large-scale barrier construction projects can be a complex and time-consuming process." ROA.281. Taken together, the longer it takes for the States to receive relief, the more likely it becomes that the FY2020 and FY2021 appropriations expire, no wall will be built, and the States will have received no relief even if they succeed on the merits.

WHEREFORE, the State of Missouri and the State of Texas respectfully request that the Court enter the following expedited schedule for briefing and oral argument:

- Appellants opening brief is due on or before September 26, 2022.
- Appellees response brief is due on or before October 26, 2022.
- Appellants reply brief is due November 9, 2022.
- Oral argument is scheduled for the week of December 5.

Dated: September 7, 2022

Respectfully submitted:

| | |
|---|---|
| **ERIC S. SCHMITT**<br>Attorney General of Missouri | **KEN PAXTON**<br>Attorney General of Texas |
| D. John Sauer<br>Solicitor General<br>John.Sauer@ago.mo.gov | Brent Webster<br>First Assistant Attorney General |
| */s/ Michael Talent*<br>Michael Talent<br>Deputy Solicitor General<br>Michael.Talent@ago.mo.gov | Judd E. Stone II<br>Solicitor General<br><br>/s/ *Ryan S. Baasch*<br>Ryan S. Baasch<br>Assistant Solicitor General<br>Ryan.Baasch@oag.texas.gov |
| Maddie McMillian Green<br>Assistant Attorney General<br>Maddie.Green@ago.mo.gov | |
| Office of the Attorney General<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, Missouri 65102<br>Tel.: (573) 751-1800<br>Fax: (573) 751-0774 | Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 |
| *Counsel for Plaintiff-Appellant State of Missouri* | *Counsel for Plaintiff-Appellant State of Texas* |

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this motion complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, and that it contains 579 words as determined by the word-count feature of Microsoft Word.

*/s/ Michael E. Talent*

Michael E. Talent
*Deputy Solicitor General*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michael E. Talent*

Michael E. Talent
*Deputy Solicitor General*