No. 22-40526

# United States Court of Appeals
### For the Fifth Circuit

STATE OF MISSOURI, STATE OF TEXAS, AND
THE GENERAL LAND OFFICE OF THE STATE OF TEXAS

*Plaintiffs-Appellants*,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the
United States of America, *et al.*,

*Defendants-Appellees.*

## UNOPPOSED MOTION TO LIFT ABEYANCE AND RETURN THE MANDATE TO THE DISTRICT COURT

Plaintiff-Appellants the State of Missouri and the State of Texas[1]
file this unopposed motion to provide notice to the Court of the district
court's order granting Plaintiffs preliminary injunctive relief and to
request the Court issue an order promptly returning the mandate to the
district court for further proceedings. The parties have conferred and

---

[1] The case has a third plaintiff, the Texas General Land Office, which was
not a party to this appeal but is a party to the consolidated action below
and joined the States' motion for preliminary injunction. *General Land
Office v. Biden*, 71 F.4th 264, 269 (5th Cir. 2023).

neither party intends to appeal the order in this preliminary posture. The parties have instead agreed to pursue final judgment in the district court. Defendants do not oppose issuance of the mandate. .

1. On August 3, 2022, the district court issued an order dismissing the States as parties to the action below. The States filed their notice of appeal on August 8, 2022.

2. On June 16, 2023, this Court reversed and remanded the case "with instructions to consider the States' motion for preliminary injunction in an expeditious manner." ECF 64-1 at 15. This Court concurrently "placed [this case] in abeyance pending disposition of the remand proceedings stated within the opinion." ECF 64-2 at 1. To date, no mandate from the Court's June 16, 2023 opinion has issued.

3. On March 8, 2024, the district court issued an order granting preliminary injunctive relief. No party intends to appeal the order. Instead, the parties have agreed to pursue final judgment in the district court.

4. Because it is not clear the district court can enter final judgment without this Court issuing the mandate, the States move for this Court to return the mandate to this district court. The abeyance also

should be lifted to the extent necessary to enable the district court to enter final judgment. The States understand that any appeal from final judgment would still go to this panel per the Court's order "that any future request for appellate relief shall be directed to the panel consisting of Judges Jones, Smith, and Graves." ECF 64 at 15.

Date: April 5, 2024

Respectfully submitted,

ANDREW BAILEY
Attorney General of Missouri

KEN PAXTON
Attorney General of Texas

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, #69875MO
Solicitor General
SAMUEL FREEDLUND,
#73707MO*
Deputy Solicitor
General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney
General

RALPH MOLINA
Deputy Attorney General for Legal
Strategy

OFFICE OF THE ATTORNEY
GENERAL
Supreme Court
Building 207 West
High Street
P.O. Box 899
Jefferson City, Missouri
65102 Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov
samuel.freedlund@ago.mo.gov

/s/ *Ryan D. Walters*
RYAN D. WALTERS
Chief, Special Litigation Division
Texas Bar No. 24105085

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
ryan.walters@oag.texas.gov

*Counsel for Plaintiff-Appellant State of Texas*

*Counsel for Plaintiff-Appellant State of Missouri*

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this motion complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, and that it contains 361 words as determined by the word-count feature of Microsoft Word.

/s/ *Joshua M. Divine*
Joshua M. Divine

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Joshua M. Divine*
Joshua M. Divine